NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of A.R.H., J.R.H., and C.H., minor children, | ) ) ) |
| R.H., | ) ) |
| Appellant, | ) ) |
| v. | ) ) Case No. 2D17-4159 |
| DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM, | ) ) ) ) |
| Appellees. | ) ) ) |

Opinion filed April 11, 2018.

Appeal from the Circuit Court for
Manatee County; Teri Kaklis Dees,
Judge.

Patrick R. Cunningham, Bradenton,
for Appellant.

Sarah J. Rumph, Tallahassee, for
Appellee Department of Children and
Families.

Laura J. Lee and Thomasina Moore,
Sanford; and Morgan Lyle Weinstein
of Defending Best Interests Project,
Weinstein Law, P.A., Hollywood, for
Appellee Guardian ad Litem
Program.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.